# EXHIBIT C

*Lilac Law Group LLP*
505 14th Street, Suite 900
Oakland, CA  94612
415-967-2551
Lisa@LilacLawGroup.com
Jennifer@LilacLawGroup.com

March 19, 2018

VIA PERSONAL SERVICE

## SIXTY DAY NOTICE OF TERMINATION OF TENANCY

Dear Andrew Merski
   Heidi Schott
   And all others in possession
   1685 MacArthur Blvd
   Oakland, CA 94602

To the above tenant and anyone else in possession of the above premises.

TAKE NOTICE that you are hereby required to quit and deliver possession of the premises currently occupied and possessed by you to your landlords, identified as: Lyndsey Ballinger and Sharon Ballinger. The premises are known as 1685 MacArthur Blvd, Oakland, CA, 94602. You shall quit the premises within SIXTY days of this Notice being served upon you, or on May 25, 2018, whichever last occurs.

This NOTICE is provided to you for the purpose of terminating your tenancy to the above describe premises. Your present rental amount of $3395, shall be due and payable on a pro rata basis to and including the date upon which your tenancy is terminated.

The grounds for this termination are pursuant to Oakland Just Cause Eviction Ordinance section 8.22.360(a)(8) (also known as Measure JJ), which provides that when "the owner of record seeks in good faith, without ulterior reasons and with honest intent, to recover possession for his or her own use and occupancy as his or her own principal residence…" Lyndsey Ballinger and Sharon Ballinger are the owners of the property. They are returning to the property after renting to you with the honest intent of residing in the property for at least three years. This is the only property they own and it is where they take their home owner property tax exemption.

On January 16, 2018, the Oakland City Council approved the payment of relocation fees for tenants being evicted so that an owner of the property can move in. (Oakland City Council Ordinance No. 13468 C.M.S) Thus, you are entitled to a relocation assistance payment of $9875, as the unit you rent has three bedroom. As you have lived there for less than two years, you are entitled to 2/3 of the full amount. The payment is to be split between you and any other

legally permitted tenants. The first payment is due upon presentation of this notice. The second payment is due upon move-out. However, to be presented with the initial payment *YOU ARE REQUIRED TO WAIVE ANY RIGHT TO CONTEST AN UNLAWFUL DETAINER* based upon the notice. This means, if you do not vacate by the date above and the landlord/owner is required to move forward with an unlawful detainer (eviction action) to regain possession, you have waived any right to challenge, fight or defend against the Unlawful Detainer.

If you do not agree to waive the right to challenge or contest a future Unlawful Detainer based on your failure to vacate pursuant the Oakland City Ordinance, no relocation payment is due unless the Landlord/Owner prevails in the Unlawful Detainer action. If you are disabled, elderly (over age 62), are low-income or have a child residing with you, you must notify me and provide proof of same. This will make you eligible for an additional $2500 in relocation assistance.

An Unlawful Detainer or eviction action will involve the recovery of possession by the Landlord/Owner as well as all costs allowable by law, which may include attorneys' fees. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

Information regarding evictions is available from the City of Oakland's Rent Adjustment Program, located at 250 Frank Ogawa Plaza, Suite 3315, Oakland, CA 94612, Tel. 510 238-3501, website www.oaklandnet.com Parties seeking legal advice regarding evictions should consult with an attorney.

**NOTICE OF RIGHT TO INITIAL INSPECTION**: Please be also advised that you have the legal right to request an initial inspection of the premises and be present during the inspection, which shall occur no earlier than two weeks before the termination of the tenancy and during normal business hours. At this inspection, the owner (or the owner's agent) will provide an itemized statement specifying repairs or cleaning that are proposed to be the basis for the deductions from the security deposit. This may not be a final accounting of deductions from the security deposit. Please contact the owner or manager to request an initial inspection.

**NOTICE REGARDING ABANDONED PERSONAL PROPERTY:** State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out

Notice to Vacate
Page 3 of 3

Please see the attached RAP forms for more information about your tenancy rights.

Very truly yours,

Lilac Law Group LLP

*Lisa A. Corman*

Lisa A. Corman

I, **Andrew Merski,** have reviewed the above Notice and understand that by accepting partial payment of the relocation payment, I am waiving my right to contest or challenge any future Unlawful Detainer action related to the instant notice.

Dated: March 21 , 2018 _____
**Andrew Merski**

_____ (check here and initial) if you REFUSE to waive the right to challenge any Unlawful Detainer

I, **Heidi Schott,** have reviewed the above Notice and understand that by accepting partial payment of the relocation payment, I am waiving my right to contest or challenge any future Unlawful Detainer action related to the instant notice.

Dated: March 21 , 2018 _____
**Heidi Schott**

_____ (check here and initial) if you REFUSE to waive the right to challenge any Unlawful Detainer