UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDSEY BALLINGER and SHARON BALLINGER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>　　　　　　　　　　　Defendant. | No. 4:18-cv-07186-HSG<br><br>**[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

This Matter, having come before the Court on Plaintiffs' Motion for Extension of Time to file their Memorandum in Opposition to Defendant's motion to dismiss, and it appearing, that the Motion is uncontested and should be granted for good cause shown, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Extension of Time to file their Memorandum in Opposition to Defendant's Motion to Dismiss is granted and the Plaintiffs shall have until February 1, 2019, to file any such Memorandum in Opposition.

Dated _____, 2019.　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, a copy of the foregoing was served electronically through the Court's ECF system on all counsel in this case.

                                              s/ Meriem L. Hubbard
                                              MERIEM L. HUBBARD