UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYNDSEY BALLINGER and SHARON BALLINGER, Plaintiffs, v. CITY OF OAKLAND, Defendant. | No. 4:18-cv-07186-HSG<br><br>[PROPOSED]<br>**ORDER GRANTING AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
|---|---|

This Matter, having come before the Court on Plaintiffs' Motion for Extension of Time to file their Memorandum in Opposition to Defendant's motion to dismiss, and it appearing, that the Motion is uncontested and should be granted for good cause shown, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Extension of Time to file their Memorandum in Opposition to Defendant's Motion to Dismiss is granted and the Plaintiffs shall have until February 1, 2019, to file any such Memorandum in Opposition.

Dated _____January 9, 2019.

*/s/ Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge