MERIEM L. HUBBARD, No. 155057
Email: mhubbard@pacificlegal.org
J. DAVID BREEMER, No. 215039
Email: jbreemer@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Lyndsey Ballinger
and Sharon Ballinger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDSEY BALLINGER and SHARON BALLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | No. 4:18-cv-07186-HSG<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT; DECLARATION OF MERIEM L. HUBBARD; ORDER** |

**STIPULATION TO MODIFY BRIEFING SCHEDULE**

RECITALS

1. Defendant City of Oakland and Plaintiffs Lyndsey Ballinger and Sharon Ballinger have conferred regarding the briefing schedule on Defendant's Motion to Dismiss Plaintiffs' Complaint (Dkt. 13) (the "Motion").

2. Plaintiffs' opposition to the Motion is due on February 1, 2019. Plaintiffs request three extra days to file the opposition, which would allow the opposition to be filed on January 4, 2019.

3. Defendant's reply in support of the Motion is presently due on February 15, 2019. Defendant is willing to stipulate to Plaintiffs' requested extension on condition that Plaintiffs agree that Defendant may have an additional three extra days to file its reply brief in support of the Motion, which would then be due on February 18, 2019.

STIPULATION

WHEREFORE, the parties stipulated and agree to the following schedule for briefing the opposition and reply on the Motion:

Opposition: Due February 4, 2019.

Reply: Due February 18, 2019.

IT IS SO STIPULATED

DATED: January 30, 2019.

    MERIEM L. HUBBARD
    J. DAVID BREEMER

    By s/ Meriem L. Hubbard
        MERIEM L. HUBBARD
    Attorneys for Plaintiffs LYNDSEY BALLINGER and SHARON BALLINGER

DATED: January 30, 2019.

    BARBARA J. PARKER, City Attorney
    MARIA BEE, Chief Assistant City Attorney
    DAVID A. PEREDA, Special Counsel
    KEVIN P. MCLAUGHLIN, Deputy City Attorney

    By s/ Kevin P. McLaughlin
    Attorneys for Defendant
    CITY OF OAKLAND

Stip. to Modify Briefing Schedule
No. 4:18-cv-07186-HSG      2

# DECLARATION OF MERIEM L. HUBBARD

I, MERIEM L. HUBBARD, declare as follow:

1. I am a senior attorney at Pacific Legal Foundation, and am one of the attorneys representing Plaintiffs Lyndsey and Sharon Ballinger. The following facts are within my personal knowledge and, if called upon to testify, I could and would testify competently with respect thereto, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

2. Counsel for Plaintiffs Lyndsey and Sharon Ballinger and counsel for the Defendant City of Oakland have conferred regarding the briefing schedule on Defendant's Motion to Dismiss Plaintiffs' Complaint (Dkt. 13) (the "Motion").

3. Plaintiffs' opposition to the Motion is presently due on February 1, 2019. Plaintiffs request an additional three days (one business day) to file the opposition to the Motion.

4. Defendant's reply in support of the Motion is presently due on February 15, 2019. Defendant is willing to stipulate to Plaintiffs' requested extension on condition that Plaintiffs agree that Defendant may have an additional three days (one business day) to file its reply in support of the Motion.

5. As a result, the parties have stipulated that Plaintiffs' Opposition should be due on February 4, 2019, and Defendant's Reply should be due on February 18, 2019.

6. The parties previously agreed to an extension of time, which was approved by this Court on January 9, 2019.

7. The requested time modification will not alter the schedule for this case.

8. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

///

///

///

Stip. to Modify Briefing Schedule
No. 4:18-cv-07186-HSG　　　　3

| | |
|---|---|
| 1 | I declare under penalty of perjury under laws of the United States of America |
| 2 | that the foregoing is true and correct. Executed on this 30th day of January, 2019, at |
| 3 | Sacramento, California. |
| 4 | /s/ Meriem L. Hubbard<br>MERIEM L. HUBBARD |

# ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefor, hereby modifies the schedule for briefing the opposition and reply on Defendant's Motion to Dismiss Plaintiffs' Complaint (Dkt. 13):

Opposition: Due February 4, 2019.

Reply: Due February 18, 2019.

IT IS SO ORDERED.

Dated: January 31, 2019

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE