1  MERIEM L. HUBBARD, No. 155057
   Email: mhubbard@pacificlegal.org
2  J. DAVID BREEMER, No. 215039
   Email: jbreemer@pacificlegal.org
3  Pacific Legal Foundation
   930 G Street
4  Sacramento, California 95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747

6  Attorneys for Plaintiffs Lyndsey Ballinger
   and Sharon Ballinger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYNDSEY BALLINGER and SHARON BALLINGER,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>  Defendant. | No. 4:18-cv-07186-HSG<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; DECLARATION OF MERIEM L. HUBBARD; [PROPOSED] ORDER**<br>**[Local Rule 7-12]**<br><br>Complaint Filed: Nov. 28, 2018<br>Trial Date: Feb. 3, 2020 |
|---|---|

## **RECITALS**

Defendant City of Oakland and Plaintiffs Lyndsey Ballinger and Sharon Ballinger stipulate and ask the Court to Order that the scheduling order entered on February 28, 2019 (ECF No. 31), be modified by extending the discovery and dispositive motions deadlines. Good cause exists for the following reasons:

(1) The Court heard argument on a motion to dismiss Plaintiffs' First Amended Complaint on April 11, 2019, (ECF No. 36), and has not yet issued an order on the motion.

(2) The close of fact discovery is July 26, 2019, the close of expert discovery is September 9, 2019, and dispositive motions are presently scheduled for hearing by no later than October 24, 2019;

Stip. to Modify Scheduling Order
No. 4:18-cv-07186-HSG

(3) The Court's ruling on the motion to dismiss may impact the scope of fact and expert discovery, or eliminate the necessity for certain discovery altogether;

(4) The Plaintiffs and Defendant desire to reduce expenditure of resources and to minimize the burden on the Court of any unnecessary discovery related motions;

(5) The parties previously stipulated to an extension for the Defendant's response to Plaintiffs' complaint, (ECF. No. 10). The Court also granted stipulated or unopposed motions for short extensions regarding the briefing schedule over Defendant's motion to dismiss (ECF No. 18, 19, 21);

(6) The proposed stipulated modification of the scheduling order will not delay or prejudice timely resolution of this case inasmuch as this case is not set for trial until February 3, 2020;

(7) The Plaintiffs and Defendant agree that it would enhance efficiency and the preservation of resources, and is in the interests of justice, to extend the current deadlines in the order as follows:

## STIPULATION

WHEREFORE, the parties stipulate and agree that the schedule of deadlines for the following events as set forth in the Court's scheduling order should be revised as follows:

| Item | Current deadline | Proposed new deadline |
|---|---|---|
| Close of fact discovery: | July 26, 2019 | September 27, 2019 |
| Exchange opening expert reports: | August 10, 2019 | October 11, 2019 |
| Exchange rebuttal expert reports: | August 25, 2019 | October 25, 2019 |
| Close of expert discovery: | September 9, 2019 | November 11, 2019 |
| Dispositive motion hearing deadline: | October 24, 2019 | December 13, 2019 |

| | | |
|---|---|---|
| 1 | DATED: June 13, 2019. | MERIEM L. HUBBARD<br>J. DAVID BREEMER |
| 2 | | |
| 3 | | By s/ Meriem L. Hubbard<br>　　　MERIEM L. HUBBARD |
| 4 | | |
| 5 | | Attorneys for Plaintiffs LYNDSEY<br>BALLINGER and SHARON BALLINGER |
| 6 | DATED: June 13, 2019. | BARBARA J. PARKER, City Attorney<br>MARIA BEE, Chief Assistant City Attorney<br>DAVID A. PEREDA, Special Counsel<br>KEVIN P. MCLAUGHLIN, Deputy City Attorney |
| 7 | | |
| 8 | | |
| 9 | | By s/ Kevin P. McLaughlin<br>　　　KEVIN P. MCLAUGHLIN |
| 10 | | |
| 11 | | Attorneys for Defendant CITY OF OAKLAND |

**ECF ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kevin P. McLaughlin has concurred in this filing.

DATED: June 13, 2019.　　　　　s/ Meriem L. Hubbard
　　　　　　　　　　　　　　　　　MERIEM L. HUBBARD

# DECLARATION OF MERIEM L. HUBBARD IN SUPPORT OF STIPULATION REQUESTING AN ORDER CHANGING TIME PURSUANT TO RULE 6-2

I, Meriem L. Hubbard, have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would testify competently as follows.

1. I am a senior attorney at Pacific Legal Foundation, and am one of the attorneys representing Plaintiffs Lyndsey and Sharon Ballinger. The facts appearing in the above Stipulation to Modify the Briefing Schedule are within my personal knowledge and, if called upon to testify, I could and would testify competently with respect thereto.

2. Counsel for Plaintiffs Lyndsey and Sharon Ballinger and counsel for the Defendant City of Oakland request an order to modify the pretrial Scheduling Order, dated February 28, 2019.

3. A hearing on a motion to dismiss the Ballingers' complaint was heard on April 11, 2019.

4. The reason for the extension is to reduce the expenditure of resources and to minimize the burden on the Court of any unnecessary discovery related motions.

5. The Stipulation includes the deadlines set forth in the Court's scheduling order, and the modifications requested by counsel.

6. The deadlines suggested by counsel will move each of the remaining deadlines 60 days forward. Thus, the last event—the dispositive motion hearing—deadline would be December 13, 2019 (rather than October 24, 2019).

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of June, 2019, at Sacramento, California.

/s/ Meriem L. Hubbard
MERIEM L. HUBBARD

# [PROPOSED] ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefor, hereby modifies the pretrial scheduling order (ECF No. 31) as follows:

| Item | Previous deadline | New deadline |
| --- | --- | --- |
| Close of fact discovery: | July 26, 2019 | September 27, 2019 |
| Exchange opening expert reports: | August 10, 2019 | October 11, 2019 |
| Exchange rebuttal expert reports: | August 25, 2019 | October 25, 2019 |
| Close of expert discovery: | September 9, 2019 | November 11, 2019 |
| Dispositive motion hearing deadline: | October 24, 2019 | December 12, 2019 |

All other dates are unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/18/2019

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE