MERIEM L. HUBBARD, No. 155057
Email: mhubbard@pacificlegal.org
J. DAVID BREEMER, No. 215039
Email: jbreemer@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Lyndsey Ballinger
and Sharon Ballinger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDSEY BALLINGER and SHARON BALLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | No. 4:18-cv-07186-HSG<br><br>**NOTICE OF APPEAL**<br><br>Complaint Filed: Nov. 28, 2018 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiffs Lyndsey and Sharon Ballinger appeal to the United States Court of Appeals for the Ninth Circuit from this Court's August 2, 2019 Order (ECF 41) granting the City of Oakland's motion to dismiss.

The Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1). A representation statement that identifies all parties to this action,

///

///

///

///

///

///

Notice of Appeal
No. 4:18-cv-07186-HSG

1  along with the names, addresses, telephone numbers, and email addresses of their
2  respective counsel, is attached to this notice pursuant to Ninth Circuit Rule 3-2(b).
3      DATED: August 7, 2019.

Respectfully submitted,

MERIEM L. HUBBARD
J. DAVID BREEMER

By s/ Meriem L. Hubbard
    MERIEM L. HUBBARD

Attorneys for Plaintiffs Lyndsey Ballinger and Sharon Ballinger

# Representation Statement

Pursuant to Ninth Circuit Rules 3-2 and 12-2, Plaintiffs Lyndsey and Sharon Ballinger provide this Representation Statement of parties and counsel to this action:

**Counsel for Plaintiffs Lyndsey Ballinger and Sharon Ballinger**

Meriem L. Hubbard
Email: mhubbard@pacificlegal.org
J. David Breemer
Email: jbreemer@pacificlegal.org
Daniel Ortner*
Email: dortner@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*California bar admission pending; admitted to practice in Virginia as well as the Ninth Circuit

**Counsel for Defendant City of Oakland**

Barbara J. Parker, City Attorney
Maria Bee, Chief Assistant Attorney
David A. Pereda, Special Counsel
Kevin P. McLaughlin, Deputy City Attorney
Email: kmclaughlin@oaklandcityattorney.org
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone: (510) 238-2961
Facsimile: (510) 238-6500