UNITED STATES COURT OF APPEALS

# FILED

FOR THE NINTH CIRCUIT

DEC 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



LYNDSEY BALLINGER; SHARON
BALLINGER,

           Plaintiffs-Appellants,

  v.

CITY OF OAKLAND,

           Defendant-Appellee.

No.   19-16550

D.C. No. 4:18-cv-07186-HSG
Northern District of California,
Oakland

ORDER

Appellee's unopposed motion (Docket Entry No. 10) to amend the transcript

designation is granted.  The transcript designation is due on December 19, 2019.

The transcript is due January 21, 2020.

The opening brief has been filed.  The answering brief is due March 2, 2020.

The optional reply brief is due within 21 days after service of the answering brief.

Appellee shall provide a copy of this order to the court reporter at the district

court along with the transcript designation.

                  FOR THE COURT:

                  MOLLY C. DWYER
                  CLERK OF COURT


                  By: Lorela Bragado-Sevillena
                  Deputy Clerk
                  Ninth Circuit Rule 27-7